**STATE of Missouri, Respondent,**

**v.**

**Derrick CURTIS, Appellant.**

**ED 101653**

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

Filed: August 11, 2015

Amanda P. Faerber, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### ORDER

PER CURIAM.

Derrick Curtis appeals the judgment entered upon his convictions for kidnapping, armed criminal action, and domestic assault in the third degree. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mis-

souri Rule of Criminal Procedure 30.25(b) (2015).